UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, *on behalf of himself and all other persons similarly situated*,

Plaintiff,

-v-

HIGGSFIELD INC.,

Defendant.

26-CV-7580 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*., and various state law provisions. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

SO ORDERED.

Dated: September 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge