UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CEDRIC BISHOP, *on behalf of himself and all other persons similarly situated*,

Plaintiff,

-v-

HIGGSFIELD INC.,

Defendant.

---

26-CV-7580 (JMF) (SN)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JESSE M. FURMAN, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

X General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute: ______________________

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ________________

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: ______________________

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: ________________

SO ORDERED.

Dated: September 9, 2026
New York, New York

JESSE M. FURMAN
United States District Judge